FISHER & PHILLIPS LLP
MARK J. RICCIARDI
Nevada Bar No. 3141
ELIZABETH ANNE HANSON, ESQ.
Nevada Bar No. 16249
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: mricciardi@fisherphillips.com
E-Mail Address: ehanson@fisherphillips.com
*Attorneys for Defendant NASCO INDUSTRIAL SERVICES AND SUPPPLY, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA CYPHERS, Individually and on behalf of other similarly situated,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>NASCO INDUSTRIAL SERVICES AND SUPPLY LLC,,<br><br>　　　　　　　　Defendant. | Case No.: 3:25-cv-00221-ART-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT<br>(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Joshua Cyphers ("Plaintiff") and Defendant Nasco Industrial Service and Supply LLC ("Defendant"), that Defendant shall have a 21-day extension up to and including **July 28, 2025**, in which to file its response to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1. Defendant's response to Plaintiff's Complaint [ECF No. 1] is currently due on July 7, 2025.

2. Defendant's counsel was recently retained and is still in the process of investigating Plaintiff's allegations which include multiple claims made on behalf of a putative class of similarly situated employees.

3. The Parties have agreed to extend the deadline for Defendant to file its response to Plaintiff's Complaint to July 28, 2025, to allow Defendant sufficient time to investigate and address the allegations in the Complaint.

FP 55470014.1

4. This is the first stipulation to extend the time for Defendant to respond to Plaintiff's Complaint.

5. The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

6. This Stipulation is made in good faith and not for the purpose of delay.

Dated this 2nd day of July, 2025.

RODRIGUEZ LAW OFFICES, P.C.　　　FISHER & PHILLIPS, LLP

_____　　　/s/ Elizabeth Hanson
ESTHER C. RODRIGUEZ, ESQ.　　　　　MARK J. RICCIARDI, ESQ.
10161 Park Run Drive　　　　　　　　ELIZABETH ANNE HANSON, ESQ.
Suite 150　　　　　　　　　　　　　 300 South 4th Street
Las Vegas, NV 89145　　　　　　　　 Suite 1500
*Attorneys for Plaintiff JOSHUA CYPHERS*　Las Vegas, NV 89101
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant NASCO INDUSTRIAL SERVICES AND SUPPLY INC.*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

July 3, 2025
DATED

FP 55470014.1