Esther C. Rodriguez
Nevada State Bar No. 006473
**Rodriguez Law Offices, p.c.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriguezlaw.com
info@rodriguezlaw.com

Olivia R. Beale (*Pro Hac Vice*)
Texas State Bar No. 24122166
**Josephson Dunlap LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100; Fax: (713) 352-3300
obeale@mybackwages.com

*Attorneys for Cyphers & the Hourly Employees*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA CYPHERS, Individually and On Behalf of Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> NASCO INDUSTRIAL SERVICES AND SUPPLY LLC, <br><br> Defendant. | **Case No. 3:25-cv-00221-ART-CSD** <br><br> **ORDER APPROVING JOINT MOTION TO EXTEND** |

## JOINT MOTION TO EXTEND

Plaintiff, Joshua Cyphers, and Defendant Nasco Industrial Services and Supply, LLC, jointly move for an extension of thirty (30) calendar days for their Joint Case Management Report and case management conference. The Parties request this extension to pursue early settlement options. This extension is done in good faith and not for purposes of delay.

Currently, pursuant to the Court's July 29, 2025, Order, Doc. 27, the Joint Case Management Report is due September 4, 2025, and the Case Management Conference is set for September 9, 2025. The Parties request both deadlines be extended thirty days. The proposed new deadlines are:

- Joint Case Management Report: October 3, 2025; and
- Case Management Conference: October 16, 2025.

Respectfully and jointly submitted on September 4, 2025,

/s/ Olivia R. Beale
Esther C. Rodriguez (Nev. SBN 006473)
**RODRIGUEZ LAW OFFICES P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
esther@rodriguezlaw.com
info@rodriguezlaw.com

Olivia R. Beale (*Pro Hac Vice*)
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100
Fax: (713) 352-3300
obeale@mybackwages.com

*Counsel for Cyphers & the Hourly Employees*

/s/ Hillary R. Ross
Hillary R. Ross (*Pro Hac Vice*)
**FISHER & PHILLIPS LLP**
1125 17th Street, Suite 2400
Denver, Colorado 80202
Tel: (720) 644-2858
hross@fisherphillips.com

Mark J. Ricciardi
Elizabeth Anne Hanson
**Fisher & Phillips LLP**
300 South Fourth Street, Suite 1500
Las Vegas, Nevada 89101
T: (702) 252-3131
mricciardi@fisherphillips.com
ehanson@fisherphillips.com

*Counsel for Nasco Industrial Services and Supply LLC*

The Case Management Conference set for 9/9/2025 at 9:00 a.m. and the related deadlines (ECF No. 27) are hereby vacated. The Courtroom Administrator will contact counsel to reschedule the hearing to a date and time convenient to them and the Court. **IT IS SO ORDERED.**

DATED: 9/4/2025

_____
Craig S. Denney, U.S. Magistrate Judge