**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOSHUA CYPHERS,

Plaintiff

v.

NASCO INDUSTRIAL SERVICES AND SUPPLY LLC,

Defendant

Case No.: 3:25-cv-00221-ART-CSD

**Order**

Re: ECF No. 50

Before the court is Plaintiff's Unopposed Motion for Leave to File First Amended Complaint. (ECF No. 50.)

"A party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(A), (B). Otherwise, a party must seek the opposing party's written consent or leave of court to amend a pleading. Fed. R. Civ. P. 15(a)(2). Here, Plaintiff was required to seek leave to amend.

"The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Leave to amend need not be given where amendment: "(1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in litigation; or (4) is futile." *Amerisource Bergen Corp. v. Dialysist West, Inc.*, 465 F.3d 946, 951 (9th Cir. 2006) (citation omitted).

The court has considered Plaintiff's motion and the proposed First Amended Complaint. The relevant factors all weigh in favor of granting Plaintiff leave to amend, and Defendant does not oppose.

Accordingly, Plaintiff's motion for leave to file a first amended complaint (ECF No. 50) is **GRANTED**.

**IT IS SO ORDERED**.

Dated: August 25, 2026

Craig S. Denney
United States Magistrate Judge