FISHER & PHILLIPS LLP
ELIZABETH ANNE HANSON, ESQ.
Nevada Bar No. 16249
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: ehanson@fisherphillips.com

FISHER & PHILLIPS LLP
HILLARY R. ROSS, ESQ.
(*Admitted Pro Hac Vice*)
1125 17th Street, Suite 2400
Denver, CO 80202
Telephone: (303) 218-3650
E-Mail Address: hross@fisherphillips.com

*Attorneys for Defendant NASCO INDUSTRIAL SERVICES AND SUPPLY, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA CYPHERS, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NASCO INDUSTRIAL SERVICES AND SUPPLY LLC<br><br>Defendant. | Case No.: 3:25-cv-00221-ART-CSD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO MOVE FOR COURT-AUTHORIZED NOTICE**<br><br>**(FIRST REQUEST)** |

Defendant Nasco Industrial Services and Supply LLC ("Nasco"), by and through its counsel of record, Fisher & Phillips LLP, and Plaintiff Joshua Cyphers through his counsel of record, Rodriguez Law Offices, P.C. and Josephson Dunlap, LLP (collectively the "Parties") hereby stipulate and agree, subject to the Court's approval, to extend the deadline for Plaintiff to move for issuance of notice to the putative FLSA collective under 29 U.S.C. § 216(b) from November 2, 2026 to January 22, 2027.

This is the Parties' first request to extend the discovery deadlines. The request is made in good faith, is supported by good cause under Rule 16(b)(4) of the Federal Rules



FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

of Civil Procedure, Local Rule 26-3, and Local Rule IA 6-1, and is not sought for purposes of delay.

## I. CURRENT AND PROPOSED DEADLINES

The Parties request that the remaining deadlines be extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for amending the pleadings and adding parties | October 27, 2026 | No change |
| Deadline to provide 25% sample of anonymous pay and time records | October 2, 2026 | No change |
| Issuance of notice to the putative FLSA collective under 29 U.S.C. § 216(b) | November 2, 2026 | January 22, 2027 |

## II. PROCEDURAL BACKGROUND

Plaintiff filed his original Complaint on May 2, 2025. (ECF No. 1). Defendant filed its Answer on July 21, 2025. (ECF No. 25). The Parties filed a Joint Motion to Stay Pending Mediation on February 6, 2026 which was granted by the Court. (ECF Nos. 37 & 38). The mediation did not result in settlement. Plaintiffs filed their First Amended Complaint on August 28, 2026. (ECF No. 59). Defendant filed its Answer to Plaintiffs' First Amended Complaint on September 11, 2026. (ECF No. 60). The Parties filed a Joint Stipulated Discovery Plan and Scheduling Order on August 24, 2026 which was granted on August 24, 2026. (ECF Nos. 56 & 57).

## III. DISCOVERY COMPLETED

The Parties have previously conducted a Rule 26(f) conference and exchanged initial disclosures. The Parties are supplementing their disclosures. Defendant has produced documents, including named Plaintiff's personnel file and pay records, named and opt-in Plaintiffs' timecards and security gate entry reports. Defendant also produced

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

a report showing a sample of twenty-five (25%) of anonymous pay and time records for putative Nevada class members, and the putative Alaska class[1] as well as the personnel file for one of the opt-in Plaintiffs on October 2, 2026. Plaintiff has produced thirty-seven (37) documents including named Plaintiff's W-2s as well as documents relating to the employment of one of the opt-in Plaintiffs.

Plaintiff served a first set of requests for production of documents, a first set of requests of interrogatories, and a first set of requests for admissions on Defendant on September 2, 2026. For reasons more fully explained below, the Parties have agreed to extend the time for Defendant to respond until October 15, 2026. The Parties reserve the right to raise any discovery dispute pursuant to Judge Denney's Civil Standing Order.

## IV. DISCOVERY REMAINING TO BE COMPLETED

The Parties anticipate completing the following discovery: (1) Plaintiff and Defendant will produce supplemental disclosures; (2) Defendant will respond to Plaintiff's discovery requests as described above; (3) the Parties will meet and confer regarding depositions, including a 30(b)(6) deposition and Plaintiffs' depositions.

## V. GOOD CAUSE FOR THE REQUESTED EXTENSIONS

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, modification of a scheduling order is permitted upon a showing of good cause and with the Court's consent. Under Local Rule 26-3, a showing of good cause is similarly required, whilst also requiring the identification of the discovery completed (e.g., describing the remaining discovery, explaining why the remaining discovery could not be completed

[1] Judge Denney's scheduling order states that Nasco agrees to produce to Plaintiff: "A representative sample of twenty-five percent (25%) of anonymous pay and time records for the putative Nevada class members, and the putative Alaska class members, and the putative FLSA collective members" and "Any common policies that would have applied to the putative Nevada class members, and/or to the putative Alaska class members, and/or to the FLSA collective class members." Doc. 57 at 2. Defendant has produced materials for 25% of the Nevada and Alaska class members where the named Plaintiff worked. Because a separate nationwide putative collective action has been filed in Idaho where Defendant is headquartered, Defendant's position is that the reference is to the "putative FLSA collective members" in this lawsuit reflects only the FLSA claims being pursued in the Nevada action. The Parties are meeting and conferring on this issue, and if they are unable to resolve via conferral, will initiate a discovery dispute with the Court.

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

within the existing schedule, proposing a schedule for the outstanding discovery's completion) when requesting to extend a discovery-plan deadline.

Here, good cause exists to extend the deadline for Plaintiff to file a motion for issuance of notice pursuant to 29 U.S.C. § 216(b). Lead counsel for Defendant experienced a family emergency that has required her full attention. As a result, Defendant needs additional time to collect pertinent documents and information to respond fully to the requests. The outstanding discovery is relevant to Plaintiff's motion. Therefore, the requested extension will provide the parties with a reasonable opportunity to review the outstanding discovery and prepare and file the motion for issuance of notice to a putative collective under 29 U.S.C. § 216(b).

**VI. DILIGENCE AND REASONS THE REMAINING DISCOVERY COULD NOT BE COMPLETED WITHIN THE EXISTING SCHEDULE.**

The Parties have acted diligently under the existing Discovery Plan and Scheduling Order. The Parties exchanged initial and supplemental disclosures, propounded written discovery, produced a significant number of complex documents and continued evaluating the claims and defenses. The Parties are actively working to continue to supplement their disclosures as needed. Additional time will allow the Parties to finish developing the record by completing existing and supplemental responses and documents.

**VII. TIMING OF THE REQUEST UNDER LR 26-3**

This Stipulation is being submitted on October 12, 2026, which is twenty-one (21) days before the November 2, 2026 current deadline for issuance of notice to the putative FLSA collective under 29 U.S.C. § 216(b).

**VIII. LACK OF PREJUDICE AND EFFECT ON THE PROCEEDINGS**

The requested extension is stipulated and applies equally to all Parties. The extension will provide each Party a fair opportunity to obtain and review the outstanding records and responses to written discovery. It will also resolve any remaining discovery issues and move towards a resolution of this matter.

As of now, no trial date has been set. The requested extension will not disrupt an existing trial date or other scheduled court proceedings. The extension is tailored to permit the full development of the record and resolution of any discovery disputes. The requested extension will remove, or at least reduce, any discovery disputes that may come before the Court.

The extension will promote the just, speedy, and inexpensive resolution of the action consistent with Rule 1 of the Federal Rules of Civil Procedure. This extension request is made in good faith and not for purposes of delay.

## IX. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

If the requested extension is granted, the Parties intend to proceed generally as follows:

| Event | Proposed Deadline |
|---|---|
| Deadline for amending the pleadings and adding parties | October 27, 2026 (no change) |
| Deadline to provide 25% sample of anonymous pay and time records | October 2, 2026 (no change) |
| Issuance of notice to the putative FLSA collective under 29 U.S.C. § 216(b) | January 22, 2027 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

WHEREFORE, the parties respectfully request that the Court approve the proposed extension and enter the revised deadlines set forth above.

IT IS SO STIPULATED.

DATED: October 12, 2026

**FISHER & PHILLIPS, LLP**

*/s/ Elizabeth Anne Hanson*
ELIZABETH ANNE HANSON, ESQ.
300 South 4th Street
Suite 1500
Las Vegas, NV 89101

HILLARY R. ROSS, ESQ.
(*Admitted Pro Hac Vice*)
1125 17th Street, Suite 2400
Denver, CO 80202
*Attorneys for Defendant*

DATED: October 12, 2026

*/s/ Julia Cline*
Esther C. Rodriguez
Rodriguez Law Offices, P.C.
10161 Park Run Drive, Ste. 150
Las Vegas, NV 89145

Julia Cline
Josephson Dunlap, LLP
5847 San Felipe St, Ste. 2400
Houston, TX 77057
*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: October 13, 2026

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101